AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | |
|---|---|
| Delta Electronics (Shanghai) Co., Ltd. ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. **26-913** |

Delta Electronics (Shanghai) Co., Ltd.

*Plaintiff(s)*

v.

Vicor Corporation

*Defendant(s)*

Civil Action No. **26-913**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Vicor Corporation
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Karen Jacobs
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **7/27/2026**

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 26-913 (UNA)

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Vicor Corporation

was received by me on *(date)*        07/27/2026      .

❐ I personally served the summons on the individual at *(place)*

on *(date)*                              ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    The Corporation Trust Company                , who is

designated by law to accept service of process on behalf of *(name of organization)*

Vicor Corporation                                     on *(date)*      07/27/2026      ; or

❐ I returned the summons unexecuted because                                  ; or

❐ Other *(specify)*:

My fees are $              for travel and $              for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:     07/27/2026

*Server's signature*

BRIAN SCATASTi

*Printed name and title*

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801

*Server's address*

Additional information regarding attempted service, etc:
Summons, Complaint, Exhibits and Related Papers